IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLOS GONZALEZ,

    Petitioner,

v.                             CASE NO. 5:12-cv-171-RS-EMT

IMMIGRATION AND CUSTOM
ENFORCEMENT,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 19). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's Amended Habeas Petition (Doc. 6) is **DENIED**.

3. The clerk is directed to close the file.

**ORDERED** on November 7, 2012.

                          /S/ Richard Smoak
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**